IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LES WILSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-3368-CV-S-DW |
| KRAFT FOODS NORTH AMERICA, INC., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal (Doc. 48). The parties stipulate and agree that the above captioned matter has been fully and completely settled and seek to dismiss the above-captioned cause of action *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-captioned action with prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: October 18, 2005